# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENPORT ENERGY PARK, LLC, <br><br>       Plaintiff, <br><br>          v. <br><br> JINYOUNG JANG, et al., <br>       Defendants. | CV 18-9339 DSF (PLAx) <br><br> Order GRANTING Motion to Remand |

     Plaintiff has filed a motion to remand this case to state court. Opposition was due November 26, 2018.  No opposition has been filed. The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for December 17, 2018 is removed from the Court's calendar.  The Court deems the lack of opposition to be consent to the motion. L.R. 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994).  Further, on the Court's independent review, it appears that there is no subject matter jurisdiction.

     The motion to remand is GRANTED.  The case is remanded to the Superior Court of California, County of Los Angeles.

     IT IS SO ORDERED.

Date: December 4, 2018

                                         Dale S. Fischer <br>
                                         United States District Judge